```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
```

DAVID ISAIAH HATFIELD,

    Plaintiff,

v.                              Case No: 8:18-cv-911-T-33MAP

POLK COUNTY PARKS,

    Defendant.
_____/

## **ORDER**

This matter comes before the Court pursuant to Defendant Polk County Parks' Motion to Dismiss (Doc. # 11), filed on June 5, 2018. Plaintiff David Isaiah Hatfield, who is proceeding pro se, failed to respond within the time parameters of the Local Rules. Local Rule 3.01(b), M.D. Fla., explains, "Each party opposing a motion or application shall file within fourteen (14) days after service of the motion or application a response that includes a memorandum of legal authority in opposition to the request."

As stated in Moon v. Newsome, 863 F.2d 835, 837 (11th Cir. 1989), "Once a pro se . . . litigant is in court, he is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure." Because Hatfield failed to respond to the Motion to Dismiss, this Court considers the

Motion to Dismiss to be an unopposed motion. The Court thus grants the Motion.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Defendant Polk County Parks' Motion to Dismiss (Doc. # 11) is **GRANTED** as an unopposed motion.

(2) The case is **DISMISSED WITHOUT PREJUDICE**.

(3) The Clerk is directed to **CLOSE THIS CASE**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 28th day of June, 2018.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE